IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

MARTIN WILLS                                                                                 PLAINTIFF

v.                                 No. 3:12-cv-03090

CITY OF MOUNTAIN HOME, ARKANSAS; CARRY
MANUEL; ROBERT HARDEN; MICHAEL KELLY;
and JANET FAYE LACEFIELD                                DEFENDANTS

## JUDGMENT

For the reasons set forth in the Court's Opinion and Order filed this same date, IT IS HEREBY ORDERED AND ADJUDGED that Defendant Michael Kelly's motion (Doc. 96) for summary judgment is GRANTED.

IT IS FURTHER ORDERED AND ADJUDGED that Defendant Janet Faye Lacefield's motion (Doc. 99) for summary judgment is GRANTED.

IT IS FURTHER ORDERED AND ADJUDGED that Defendants Robert Harden, Carry Manuel, and City of Mountain Home, Arkansas's motion (Doc. 102) for summary judgment is GRANTED.

This case is accordingly dismissed with prejudice. Any appropriate motion for costs or fees must be filed by September 9, 2013. Otherwise, the parties are to bear their own costs and fees.

IT IS SO ORDERED AND ADJUDGED this 30th day of August, 2013.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE